FILED
United States Court of Appeals
Tenth Circuit

March 29, 2013

Elisabeth A. Shumaker
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

---

In re:

ROBERT JAY BERNHARDT,

Movant.

No. 13-1116
(D.C. Nos. 1:96-CR-00203-WJM-1 &
1:01-CV-00344-DBS)
(D. Colo.)

---

**ORDER**

---

Before **BRISCOE**, Chief Judge, **TYMKOVICH** and **HOLMES**, Circuit Judges.

---

Robert Jay Bernhardt moves for authorization to file a second or successive 28 U.S.C. § 2255 motion. He seeks to challenge his drug-trafficking and firearms convictions under *Missouri v. Frye*, 132 S. Ct. 1399 (2012), and *Lafler v. Cooper*, 132 S. Ct. 1376 (2012). We deny authorization.

To obtain authorization, Mr. Bernhardt must make a prima facie showing, *see* 28 U.S.C. § 2244(b)(3)(C), that *Frye* and *Lafler* establish "a new rule of constitutional law, made retroactive to cases on collateral review by the Supreme Court, that was previously unavailable," *id.* § 2255(h)(2). To date, however, every circuit court to consider the question has held that *Frye* and *Lafler* do not satisfy § 2255(h)(2) because they do not establish a new rule of constitutional law. *See Williams v. United States*, 705 F.3d 293, 294 (8th Cir. 2013) (per curiam); *Buenrostro v. United States*, 697 F.3d 1137, 1140 (9th Cir. 2012); *In re King*,

697 F.3d 1189, 1189 (5th Cir. 2012) (per curiam); *Hare v. United States*, 688 F.3d 878, 879, 881 (7th Cir. 2012); *In re Perez*, 682 F.3d 930, 932-34 (11th Cir. 2012) (per curiam).  We substantially agree with the reasoning of those decisions.

The motion for authorization is denied.  This denial of authorization "shall not be appealable and shall not be the subject of a petition for rehearing or for a writ of certiorari."  28 U.S.C. § 2244(b)(3)(E).

                Entered for the Court

                ELISABETH A. SHUMAKER, Clerk